AO91 (Rev. 8/01)   Criminal Complaint

# UNITED  STATES  DISTRICT  COURT

**SOUTHERN**          DISTRICT OF          **TEXAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| | Case Number: L-12-PO2708 |

**Cesar PEREZ-Vasquez**
**AKA Cesar  PEREZ,AKA Cesar  VASQUEZ**
**GUATE**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about   **4/2/2012**   in   **Laredo** , **Webb**   County, in

the   **Southern**   District of   **Texas**   **Cesar PEREZ-Vasquez**   defendant(s),

an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title   **8**   United States Code, Section(s)   **1325(a)(1)**

I further state that I am a(n)   **Senior Border Patrol Agent**   and that this complaint is based on the

following facts:  Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Cesar PEREZ-Vasquez, who admitted to being a citizen of Guatemala, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on April 2, 2012

Continued on the attached sheet and made a part of this complaint:      ☐ Yes    ☒ No

_____ /S/ _____
Signature of Complainant

Ana Lares
Printed Name of Complainant

Sworn to before me and signed in my presence,

4/4/2012                                                    at    Laredo, Texas
Date                                                                City and State

Diana Song Quiroga            , U.S. Magistrate Judge      _____
Name and Title of Judicial Officer                                    Signature of Judicial Officer